**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Matthew Dale Collins** | Social Security number or ITIN   **xxx–xx–2455** |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   **Western District of Virginia**

Case number:   **18–70324**

## Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Matthew Dale Collins

6/26/18

**By the court:**   Paul M. Black
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                               United States Bankruptcy Court
                                Western District of Virginia
In re:                                                                      Case No. 18-70324-pmb
Matthew Dale Collins                                                        Chapter 7
         Debtor
                                       CERTIFICATE OF NOTICE
District/off: 0423-7           User: roseg                  Page 1 of 1                  Date Rcvd: Jun 26, 2018
                               Form ID: 318                 Total Noticed: 9


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 28, 2018.
db             Matthew Dale Collins,    929 Logan Street,    Salem, VA 24153-3253
4560819        Wells Fargo Persoanl Loan,    P.O. Box 95225,    Albuquerque, NM 87199-5225

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr            +EDI: BWCALLAHAN.COM Jun 27 2018 01:53:00     William E Callahan(76), Jr,
                1800 Wells Fargo Tower,   Drawer 1200,   Roanoke, VA 24006-1200
cr            +EDI: WFFC.COM Jun 27 2018 01:53:00     Wells Fargo Auto,   435 Ford Rd Suite 300,
                Saint Louis Park, MN 55426-4938
4560820        EDI: WFFC.COM Jun 27 2018 01:53:00     WF PLL,   P.O. Box 94435,   Albuquerque, NM 87199-4435
4589063       +EDI: WFFC.COM Jun 27 2018 01:53:00     Wells Fargo Bank, N.A.,   435 Ford Road, Suite 300,
                St. Louis Park, MN 55426-4938
4560816       +EDI: WFFC.COM Jun 27 2018 01:53:00     Wells Fargo Card Services,   P.O. Box 14517,
                Des Moines, IA 50306-3517
4560817       +EDI: WFFC.COM Jun 27 2018 01:53:00     Wells Fargo NV NA,   P.O. Box 94435,
                Albuquerque, NM 87199-4435
4560818        EDI: WFFC.COM Jun 27 2018 01:53:00     Wells Fargo Persoanl Line of Credit,   P.O. Box 77053,
                Minneapolis, MN 55480-7753
                                                                                              TOTAL: 7

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 28, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 26, 2018 at the address(es) listed below:
              Matthew   Schottmiller    on behalf of U.S. Trustee    USTrustee matt@schottmillerlaw.com
              Matthew   Schottmiller    on behalf of Debtor Matthew Dale Collins matt@schottmillerlaw.com
              USTrustee    USTPRegion04.RN.ECF@usdoj.gov
              William E Callahan(76), Jr    william.callahan@leclairryan.com,
               kim.knicely@leclairryan.com;wcallahan@ecf.epiqsystems.com;VA45@ecfcbis.com
                                                                                              TOTAL: 4
```